IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| Yvette Hopkins, ) | | |
| 6197 Lowridge Dr. Apt 102 ) | | |
| Canal Winchester, Ohio 43110 ) | | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| vs. ) | Case No. | |
| ) | | |
| ) | | |
| General Motors LLC ) | JURY DEMAND | |
| PO Box 33172 ) | | |
| Detroit, MI 48232-5170 ) | ENDORSED HEREON | |
| ) | | |
| Defendant ) | | |

Facts common to all counts:

1. Plaintiff is an individual from Columbus, Ohio.

2. Defendant is a motor vehicle company in Detroit, Michigan, doing business in Columbus, Ohio.

3. Plaintiff owned a 2004 Pontiac Grand Am ("Vehicle") manufactured by Defendant.

4. Defendant is in the business of manufacturing motor vehicles such as Vehicle.

5. On April 28, 2015, Plaintiff was involved in a motor vehicle accident, one that was not her fault, while driving Vehicle.

6. During the accident, Vehicle failed to deploy its airbag as a result of the engine turning off.

7. The engine of Vehicle turned off because the ignition moved out of the run position through no action of the Plaintiff.

8. Defendant had issued a recall on all motor vehicles that are the same make and model as Vehicle; the recall was related to the ignition system that indicated that the ignition could, without direct movement from the driver, move out of the run position, turning off the engine and disabling air bags.

9. Plaintiff was not aware of the recall on April 28, 2015, and because of the lack of notice given about the recall, Plaintiff's lack of awareness was reasonable.

10. Defendant owed and breached a duty to notify Plaintiff adequately of the recall.

11. Defendant owed and breached a duty to Plaintiff to manufacture its vehicles in such a way that, in the event of an accident, airbags would deploy as expected, protecting the driver from serious harm.

12. As a direct and proximate cause of the Defendant's breaches, Plaintiff suffered injury, property damage, inability to work, and pain and suffering.

13. As a direct and proximate cause of the Defendant's breaches, Plaintiff incurred medical expenses, a totaled vehicle, loss of wages, and pain and suffering.

## COUNT 1

12. Plaintiff hereby incorporates Paragraphs 1-13 as if fully rewritten herein.

13. Defendant's breach of its duties is the direct and proximate cause of Plaintiff's injuries.

## COUNT 2

14. Plaintiff hereby incorporates Paragraphs 1-13 as if fully rewritten herein.

15. Defendant has manufactured a product with a design defect that directly and proximately caused Plaintiff's injuries.

## COUNT 3

18. Plaintiff hereby incorporates Paragraphs 1-13 as if fully rewritten herein.

19. Defendant's failure to warn Plaintiff of a defect directly and proximately caused Plaintiff's injuries.

## DAMAGES

WHEREFORE, Plaintiff seeks compensatory damages in excess of $25,000 together with attorney fees and court costs.

WHEREFORE, Plaintiff seeks punitive damages in the amount of $.

Respectfully submitted,

Matthew R. Horton (0095419)
THE HORTON LAW FIRM
175 South Third Street Suite 1150
Columbus, Ohio 43215

Telephone: (614) 678-7691
Facsimile: (614) 737-9893
E-mail: thehortonlawfirm@gmail.com

Attorney for the Plaintiff